UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDELL HORACE COLEMAN,                       No. C 14-590 SI (pr)

          Petitioner,                                  **JUDGMENT**

     v.

GARY SWARTHOUT, warden,

          Respondent.

_____/

     This action is dismissed for failure to state a claim upon which habeas relief may be granted.

     IT IS SO ORDERED AND ADJUDGED.

DATED: September 2, 2014                   _____
                                           SUSAN ILLSTON
                                           United States District Judge